■ (119 So. 251)

**Drennen BAGGETT v. STATE.    (6 Div. 434.)**

Court of Appeals of Alabama.    Dec. 18, 1928.

■

Crampton Harris, of Birmingham, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J. The judgment appealed from is reversed, and the defendant discharged on the authority of the opinion in the case of Luther Hutchins v. State, ante, p. 646, 119 So. 250.

Reversed and rendered.

■ (119 So. 251)

**Dollie MITCHELL v. STATE.    (6 Div. 398.)**

Court of Appeals of Alabama.    Dec. 18, 1928.

■

RICE, J. The judgment appealed from is reversed, and the defendant discharged on the authority of the opinion in the case of Luther Hutchins v. State, ante, p. 646, 119 So. 250.

Reversed and rendered.